# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALAN M. EIDE, | Case No. CV-15-06243-GW(KES) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 34), and Plaintiff's Objections (Dkt. 39). The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Judgment on the Pleadings (Dkt. 22) is DENIED, that Defendant's Motion for Summary Judgment (Dkt. 24) is GRANTED, and that Judgment will be entered in favor of Defendant.

DATED: April 17, 2017

_____
GEORGE H. WU
United States District Judge