JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN M. EIDE,<br><br>              Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. CV-15-06243-GW(KES)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, for pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: April 14, 2017

_____
GEORGE H. WU
United States District Judge